THE MAYOR AND ALDERMEN OF JERSEY CITY, APPELLANTS, v. THE TOWNSHIP OF MONTVILLE ET AL., RESPONDENTS.

Submitted July 7, 1913—Decided November 17, 1913.

On appeal from the Supreme Court, whose opinion is reported in 55 *Vroom* 43.

For the appellant, *James J. Murphy.*

For the respondent, *Philip R. Van Duyne.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion delivered in the court below by Mr. Justice Swayze.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, VREDENBURGH, CONGDON, WHITE, TERHUNE, JJ. 12.

*For reversal*—None.